**Opinion issued August 18, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00508-CV

———————————

## ROUSSEAU METAL, INC., Appellant

## V.

## MARKET PENETRATION, L.P., Appellee

On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2015-61615

## MEMORANDUM OPINION

Appellant, Rousseau Metal, Inc., has filed an unopposed motion to dismiss its appeal after settling the case, and requests that all costs be assessed against the party incurring the same. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(1), (d). No other party has filed a notice of appeal and no opinion has issued. *See id.* 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal, with costs to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Brown.